UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO.:

**VINTAGE BAY CONDOMINIUM ASSOCIATION, INC.,**

    Plaintiff,
vs.

**LEXINGTON INSURANCE COMPANY,**

    Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant, LEXINGTON INSURANCE COMPANY, a foreign corporation, hereby files this Notice of Removal of Civil Action, and states:

1.  Defendant, LEXINGTON INSURANCE COMPANY ("Lexington" or "Defendant"), is an eligible surplus lines insurer that issued a commercial property policy to insured, Vintage Bay Condominium Association, Inc. ("Insured"), under policy number 41-LX-067045446-2. See Complaint, attached as **Exhibit "1"**.

2.  Lexington has been named the defendant in the Complaint, filed by plaintiff, VINTAGE BAY CONDOMINIUM ASSOCIATION, INC., ("Plaintiff") on June 1, 2022, in the Circuit Court of the 20th Judicial Circuit in and for Collier County, Florida, case number 22-CA-917, styled as *Vintage Bay Condominium Association, Inc. v. Lexington Insurance Company*. See **Exhibit "1"**.

3.  Service of Process was accepted by the Chief Financial Officer of the State of Florida on June 8, 2022 and forwarded to Lexington on June 9, 2022. See Notice of Service of Process, attached hereto as **Exhibit "2"**.

Case 2:22-cv-00412-JES-NPM   Document 1   Filed 07/07/22   Page 2 of 5 PageID 2

*Vintage Bay Condo Assoc. vs. Lexington Ins.Co.*
*Page 2 of 5*

4. This is a civil action over which this Honorable Court has original jurisdiction under 28 U.S.C. § 1332 and which Lexington is entitled to remove to this Honorable Court based upon diversity of citizenship.

5. Plaintiff is a Florida corporation (see Exhibit "1" at ¶2) with its principal place of business located at 981 N. Collier Blvd., Marco Island, Florida 34145, and Defendant is a Delaware corporation with its principal place of business located at 99 High Street, 23rd Floor, Boston, MA 02110. See Declaration in Support of Removal by Mark B. Leventhal, attached hereto as **Exhibit "3"**.

6. Lexington consents to the removal of this action to this Court. See Exhibit "3".

7. No parties have common citizenship for purposes of diversity jurisdiction. Therefore, complete diversity exists between all parties named in this matter.

8. Venue is proper in the Middle District of Florida because at all relevant times Lexington was doing business in Florida as an eligible surplus lines insurer, and the suit for which this removal originates was filed by Plaintiff in the Circuit Court in and for Collier County.

9. In its Complaint, Plaintiff raises two (2) causes of action: the first for Bad Faith – Violation of Section 624.155(1)(b)(1), Florida Statutes (Count I) and the second for Bad Faith – Violation of Section 626.9541(1)(i)(3)(a) (improperly titled "Count IV").

10. With respect to Count I, Plaintiff alleges that "Defendant is guilty of not attempting in good faith to settle the claim, when under the circumstances, it could have and should have done so, had it acted fairly and honestly toward its insured and with due regard for his (sic) interest." Exhibit 1 at ¶32.

Case 2:22-cv-00412-JES-NPM   Document 1   Filed 07/07/22   Page 3 of 5 PageID 3

*Vintage Bay Condo Assoc. vs. Lexington Ins.Co.*
*Page 3 of 5*

11. Similarly, with respect to the second count, improperly titled "Count IV," Plaintiff alleges that "Defendant is guilty of committing or performing with such frequency as to indicate a general business practice the following:

> 626.954(1)(i)(3)(a): Failing to adopt and implement standards for the proper investigation of claims.
>
> 626.954(1)(i)(3)(d): Denying claims without conducting reasonable investigations based upon available information.

Exhibit 1 at ¶38.

12. Prior to the commencement of this litigation, the parties were engaged in settlement discussions following appraisal. On December 17, 2021, Plaintiff submitted to Defendant its last and current global demand in the amount of $1,900,000.00. See Email dated December 17, 2021, attached hereto as **Exhibit "4"**.

13. Accordingly, at the time the Complaint was filed, the damages at issue, and the amount in controversy was $1,900,000.00, an amount that well exceeds this Honorable Court's $75,000.00 jurisdictional minimum.

14. These jurisdictional facts were true at the time Plaintiff filed its Complaint, and are true presently, at the time of removal.

15. The following items constitute all of the process, pleadings, and orders filed in this action, to date:

- Complaint & Demand for Jury Trial;
- Plaintiff's Notice of Serving Interrogatories;
- Plaintiff's Request to Produce;
- Standing Order (dated 6/2/22)
- Defendant's Motion for Extension of Time to Respond to Complaint

Case 2:22-cv-00412-JES-NPM   Document 1   Filed 07/07/22   Page 4 of 5 PageID 4

*Vintage Bay Condo Assoc. vs. Lexington Ins.Co.*
*Page 4 of 5*

Plaintiff's Complaint (along with the Civil Cover and Summons) is attached as **Exhibit 1**. Defendant's Notice of Appearance and Designation of Email Addresses is attached as **Exhibit 5**.

16.     This Notice of Removal is being filed within thirty (30) days of Lexington's receipt of the Complaint.

**WHEREFORE**, Defendant, LEXINGTON INSURANCE COMPANY, a foreign corporation, respectfully requests that the above-referenced action pending in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, Case No. 22-CA-917, be removed from that court to the United States District Court for the Middle District of Florida.

Respectfully submitted,

**BERK MERCHANT & SIMS, PLC**

  /s/*Melissa M. Sims*
Melissa M. Sims / FBN: 85936
Perdita M. Martin / FBN: 855111
Jonathan D. Tobin /FBN: 72910
2 Alhambra Plaza, Suite 700
Coral Gables, FL 33134
(786) 338-2900/(786) 338-2888 – Fax
Msims@berklawfirm.com
Pmartin@berklawfirm.com
JTobin@berklawfirm.com
DAlvarez@berklawfirm.com
msoler-rodriguez@berklawfirm.com
Kmendez@berklawfirm.com
***Counsel for Defendant***

Case 2:22-cv-00412-JES-NPM   Document 1   Filed 07/07/22   Page 5 of 5 PageID 5

*Vintage Bay Condo Assoc. vs. Lexington Ins.Co.*
*Page **5** of 5*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Scott G. Millard, Esq.
Cohen Law Group, P.A.
350 N. Lake Destiny Road
Maitland, Florida 32751
(407) 478-4878(407) 478-0204 - Fax
SMillard@ItsAboutJustice.law;
Rachel@ItsAboutJustice.law
**Counsel for Plaintiff**

                                                                                /s/*Melissa M. Sims*
                                                                                Melissa M. Sims